975 F.2d 1551
 Mooney (Dennis)
v.
Benasa Realty Company, t/a Wild Acres, t/a Wild Acres County
Club, t/a Wild Acres, Inc. Benasa Holdings, Inc., Wild
Acres, Inc., Sylvan Pools, Inc., KDI Corporation, Benasa
Realty Co., c/o First Eastern Bank, N.A., Benasa
Investments, Inc., c/o Corporation Guarantee and Trust Co.,
Wild Acres Country Club, Inc., MLA Management Associates,
Inc., Mountain Leisure Assocs., Inc., Wild Acres Lakes
Property & Homeowners Assoc., KDI Sylvan Pools, Inc., Wild Acres
 NOS. 91-5738, 91-5782
 United States Court of Appeals,
Third Circuit.
 Aug 31, 1992
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 VACATED IN PART AND AFFIRMED IN PART.